UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MURPHY,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN CAMBRA,<br><br>        Defendant.<br>_____/ | CASE NO. 1:01-CV-6532-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES<br><br>(Doc. 79)<br><br><u>New Discovery Deadline</u>:   09/20/06<br><u>New Motion Deadline</u>:      11/20//06 |

   Plaintiff Kevin L. Murphy ("plaintiff") is a state prisoner proceeding pro in this civil rights action pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 12132 (Americans with Disabilities Act), and 29 U. S. C. § 794 (Rehabilitation Act).  On May 4, 2006, plaintiff filed a motion seeking an extension of the discovery and pre-trial dispositive motion deadlines.  (Doc. 79.)  Defendant Cambra ("defendant") filed a statement of non-opposition on May 26, 2006, and plaintiff filed a reply on June 13, 2006.  (Docs. 84, 88.)

   The court finds plaintiff has shown good cause for his request.  Accordingly, it is HEREBY ORDERED that:

   1.   Plaintiff's motion to extend the discovery and pre-trial dispositive motion deadlines, filed May 4, 2006, is HEREBY GRANTED;

   2.   The extension of the deadlines applies to both parties;

   3.   The deadline for the completion of all discovery, including filing motions to compel, is extended to September 20, 2006; and

1

1     4.    The deadline for filing pre-trial dispositive motions is extended to November 20, 2006.

IT IS SO ORDERED.

**Dated:**   **June 18, 2006**                  /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE