# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MURPHY,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN CAMBRA,<br><br>        Defendant.<br>_____/ | CASE NO. 1:01-CV-06532-OWW-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A SUBPOENA DUCES TECUM, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF ONE SUBPOENA DUCES TECUM FOR COMPLETION AND RETURN TO THE COURT WITHIN TWENTY DAYS<br><br>(Doc. 96) |

On July 17, 2006, plaintiff filed a request for the issuance of a subpoena duces tecum. Plaintiff shall be provided with a blank[1] subpoena to fill out and return to the court for review and approval. The United States Marshal will be directed to serve the subpoena if it is approved by the court. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for a subpoena duces tecum, filed July 17, 2006, is GRANTED;
2. The Clerk's Office shall send plaintiff one blank subpoena duces tecum; and
3. Within **twenty (20) days** from the date of service of this order, plaintiff shall fill out the subpoena and return it to the court for review and approval.

IT IS SO ORDERED.

**Dated:   August 31, 2006**          /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES MAGISTRATE JUDGE

---

[1] Unsigned and therefore not considered "issued."

1