1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9    KEVIN L. MURPHY,                        CASE NO. 1:01-cv-06532-OWW-NEW (DLB) PC

10                 Plaintiff,           ORDER GRANTING PLAINTIFF'S MOTION
FOR A THIRTY-DAY EXTENSION OF TIME

11      v.                               TO FILE AN OBJECTION

12    STEVEN CAMBRA,                (Doc. 117)

13                Defendant.

14   _____/

15       Plaintiff Kevin L. Murphy ("plaintiff") is a state prisoner proceeding pro in this civil action.

16 On May 23, 2007, plaintiff filed a motion seeking an extension of time to file an objection to the

17 findings and recommendations issued on April 20, 2007.

18       Good cause having been shown, plaintiff's motion is HEREBY GRANTED, and plaintiff has

19 **thirty (30) days** from the date of service of this order within which to file an objection.

20

21    IT IS SO ORDERED.

22   **Dated:**   __**May 24, 2007**__       ____**/s/ Dennis L. Beck**____

23                               UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28