1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN L. MURPHY,                1:01-cv-06532-OWW-NEW (DLB) PC

12              Plaintiff,           **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS, DENYING**
13   vs.                             **PLAINTIFF'S MOTION FOR SUMMARY
                                     JUDGMENT, AND GRANTING**
14   STEVEN CAMBRA,                  **DEFENDANT'S MOTION FOR SUMMARY
                                     JUDGMENT**
15              Defendant.
                                     (Docs. 100, 104, 116)
16
                                     **ORDER DIRECTING CLERK OF THE**
17                                   **COURT TO ENTER JUDGMENT FOR
                                     DEFENDANT**
18   _____/

19
          Plaintiff Kevin L. Murphy ("plaintiff") is a state prisoner
20
     proceeding pro se in this civil rights action pursuant to 42
21
     U.S.C. § 1983.  The matter was referred to a United States
22
     Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
23
     Rule 72-302.
24
          On April 20, 2007, the Magistrate Judge filed a Findings and
25
     Recommendations herein which was served on the parties and which
26
     contained notice to the parties that any objections to the
27
     Findings and Recommendations were to be filed within thirty days.
28

                                     1

On July 2, 2007, after obtaining an extension of time, plaintiff filed an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 20, 2007, is ADOPTED IN FULL;

2.   Plaintiff's motion for summary judgment, filed November 20, 2006, is DENIED;

3.   Defendant's motion for summary judgment, filed November 20, 2006, is GRANTED; and,

4.   The Clerk of the Court shall enter judgment for defendant and against plaintiff.

IT IS SO ORDERED.

**Dated:    July 27, 2007                            /s/ Oliver W. Wanger      **
**                                      UNITED STATES DISTRICT JUDGE**

2